447 A.2d 649

Commonwealth v. Yannone, Appellant.

Submitted September 22, 1981. Richard L. Guida, for appellant; Marion E. MacIntyre, First Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

The judgment of sentence of March 26, 1980 of the Court of Common Pleas of Dauphin County, Pennsylvania, Criminal Division, at No. 1355 C.D. 1979 is affirmed.

McEWEN, J., filed a memorandum concurring opinion.

447 A.2d 649

Commonwealth v. Zook, Jr., Appellant.

Submitted October 6, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.

POPOVICH, J., filed a memorandum dissenting opinion.